**United States Bankruptcy Court**
**Eastern District of Michigan**

In re **Jason Clemons / Meegan Clemons**  Case No. **11-64719-R**
Debtor(s)  Chapter **13**

# PETITION TO CONVERT FROM CHAPTER 13 TO CHAPTER 7

The above captioned debtors have filed a Chapter 13 Bankruptcy on September 19, 2011, desire to convert their case to Chapter 7.

Date **July 9, 2014**  Signature **/s/ Jason Clemons**
Jason Clemons
Debtor

Date **June 9, 2014**  Signature **/s/ Meegan Clemons**
Meegan Clemons
Joint Debtor

Attorney **/s/ Thomas Paluchniak**
**Thomas Paluchniak P70284**
**Babut Law Offices, PLLC**
**700 Towner Street**
**Ypsilanti, MI 48198**
**734-485-7000**
**pmontgomery@babutlaw.com**

**United States Bankruptcy Court**
Eastern District of Michigan

In re **Jason Clemons / Meegan Clemons**    Case No. **11-64719-R**
Debtor(s)    Chapter **13**

## STATEMENT OF DEBTS, EXECUTORY CONTRACTS AND PROPERTY PURSUANT TO BCR 1019(5)

(A) Statement of new debts:

**None**

(B) Statement of new property:

**None**

(C) Statement of executory contracts:

**None**

(D) Statement of new Supplemental Matrix:

**None**

I certify under penalty of perjury that the above is true to the best of my knowledge, information and belief.

Date **July 9, 2014**    Signature **/s/ Jason Clemons**
Jason Clemons
Debtor

Date **July 9, 2014**    Signature **/s/ Meegan Clemons**
Meegan Clemons
Joint Debtor

Attorney **/s/ Thomas Paluchniak**
**Thomas Paluchniak P70284**
**Babut Law Offices, PLLC**
**700 Towner Street**
**Ypsilanti, MI 48198**
**734-485-7000**
**pmontgomery@babutlaw.com**

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Jason Clemons / Meegan Clemons**  
Debtor(s)

Case No. **11-64719-R**  
Chapter **13**

# ORDER CONVERTING FROM CHAPTER 13 TO CHAPTER 7 BANKRUPTCY

The above-captioned debtors, having filed a Petition for the conversion of their case from Chapter 13 of Title 11, U.S. Code to Chapter 7, and the court being otherwise duly advised in the premises.

IT IS HEREBY ORDERED that the debtor's case is converted from Chapter 13 of Title 11, U.S. Code to Chapter 7.

IT IS SO ORDERED.

Exhibit A

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Jason Clemons / Meegan Clemons**　　　Case No. **11-64719-R**
　　　　　　　　　　　　　　Debtor(s)　　　　Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2014, a copy of **Petition to Convert from Chapter 13 to Chapter 7, Statement of Debts, Executory Contracts and property pursuant to BCR 1019(5), Exhibit A and matrix** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**12th District Court**
**Abn Amro Mortgage Grou**
**Acs/Gco Ed Loan Fund**
**Allegiance Health**
**Allegiance Health PHYS**
**American Cre (Original Creditor:01**
**American Credit Exchange**
**Aspire**
**Cap One**
**Cap One**
**Cascades Cu**
**Cavalry Portfolio Serv (Original Cr**
**CBCS**
**Cbcs (Original Creditor:Consumers E**
**Chase**
**Chase**
**Citimortgage Inc**
**Citizens**
**Coldatsv (Original Creditor:Med1 02**
**Coldatsv (Original Creditor:Med1 02**
**Collection Division**
**Comcast**
**Community Wide Fcu**
**Consumers Energy**
**Cp Fed Cu**
**CPA**
**Credit Protection Asso (Original Cr**
**Department Of ED**
**Department of Education**
**Direct Loan System**
**Direct Loans Servicing Center**
**Directv**
**Diversified Adjustment (Original Cr**
**Eaf Llc (Original Creditor:08 Chase**
**EECU**
**Enhanced Recovery Co L (Original Cr**
**Equable Ascent FNCL LLC**
**Fcnb/Spgl**
**First National Collection Bureau, Inc.**
**Gemb/Walm**
**Gemblowbrc**
**Hsbc Bank**
**Hsbc Bank**
**Hsbc Nv**
**Hsbc/Rs**

| |
|---|
| **Hunter Warfield, Inc (Original Cred** |
| **Jackson County Friend of Court** |
| **kia Motors Finance** |
| **L J Ross And Associate (Original Cr** |
| **L J Ross And Associate (Original Cr** |
| **L J Ross And Associate (Original Cr** |
| **L J Ross And Associate (Original Cr** |
| **L J Ross And Associate (Original Cr** |
| **Lj Ross (Original Creditor:Med1 02** |
| **Lj Ross (Original Creditor:Med1 02** |
| **Lj Ross (Original Creditor:Med1 02** |
| **Lockhart Morris & Mont (Original Cr** |
| **Mary Jane Elliott** |
| **Midland Credit Mgmt (Original Credi** |
| **Money Recovery Nationw (Original Cr** |
| **Natl City** |
| **Nelnet** |
| **Nelnet** |
| **Nelnet** |
| **Nelnet** |
| **Portfolio Recovery Associates LLC** |
| **Prof Business Bureau (Original Cred** |
| **Prof Business Bureau (Original Cred** |
| **Prof Business Bureau (Original Cred** |
| **Rentdebt Automated Col (Original Cr** |
| **Santander Consumer** |
| **SBSE/Insolvency Unit of the** |
| **Sears/Cbsd** |
| **Sprint** |
| **Sprint** |
| **State of Michigan** |
| **The College Network, INC** |
| **U.S. Attorney** |
| **U.S. Attorney** |
| **Us Dept Of Ed/Glelsi** |
| **Us Dept Of Education** |
| **Us Dept Of Education** |
| **Wells Fargo Auto Finance Inc.** |
| **Wfnnb/Lane Bryant** |
| **Jason and Meegan Clemons** |

**/s/ Patricia Montgomery**
**Patricia Montgomery**
**BABUT LAW OFFICES, PLLC.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**(734) 485-7000 Fax:(734) 485-6251**
**pmontgomery@babutlaw.com**