UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

Jason Clemons and Meegan Clemons,          Case No. 11-64719
                                        Chapter 7
          Debtor(s)                    Hon. Mark A. Randon

_____/

**ORDER TO SHOW CAUSE WHY DEBTOR IS ENTITLED TO A DISCHARGE**

A voluntary petition commencing a case under Title 11 of the United States Code was filed on September 19, 2011, by the above entitled Debtors. This Court is advised that the Debtors have previously been granted a discharge in a Chapter 7 case, Case No. 04-59060-swr that was filed on July 7, 2004 in the Eastern District of Michigan. Pursuant to 11 U.S.C. §727(a)(8) and §727(a)(9) of the Bankruptcy Code, the Court cannot grant the Debtors a discharge if the Debtors have been (i) granted a discharge in a Chapter 7 or 11 case commenced within 8 years before filing this case; or (ii) granted a discharge in a Chapter 12 or 13 case commenced within the last 6 years before filing this case.

**IT IS ORDERED** that, unless the debtors agree that they are not entitled to a discharge, the Debtors and attorney for the Debtors appear before this Court on August 4, 2014 at 10:00 a.m. in Courtroom 1825, and show cause why the Debtors are entitled to a discharge in view of 11 U.S.C. §727(a)(8) and §727(a)(9).

.

**Signed on July 11, 2014**

                                  **/s/ Mark A. Randon**
                                  **Mark A. Randon**
                                  **United States Bankruptcy Judge**